# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ALLIE S. TAGHAVI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-303-STE |
| | ) |
| **STATE OF OKLAHOMA,** *ex rel.* | ) |
| **OKLAHOMA TAX COMMISSION,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has been advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within thirty (30) days from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED** on February 16, 2017.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE