# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.   ALLIE S. TAGHAVI, | ) |
|   | ) |
|          Plaintiff, | ) |
|   | ) |
| v. | )   Case No. CIV-16-303-STE |
|   | ) |
| 1.   STATE OF OKLAHOMA, ex rel | ) |
|      OKLAHOMA TAX COMMISSION, | ) |
|   | ) |
|          Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 21st DAY OF MARCH, 2017**.

s/ Leah M. Roper
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
Leah M. Roper, OBA # 32107
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
leah@hammonslaw.com
*Counsel for Plaintiff*

*And*
s/Mary Ann Roberts
*(signed by filing party with permission)*
Marjorie Welch, OBA #11007
Interim General Counsel
Mary Ann Roberts, OBA #17405
Assistant General Counsel
OKLAHOMA TAX COMMISSION

100 North Broadway, Suite 1500
Oklahoma City, OK 73102
Telephone: (405)522-9460
Facsimile:  (405)601-7144
maryann.roberts@tax.ok.gov
jwelch@tax.ok.gov

## **CERTIFICATE OF SERVICE**

true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 21st day of March, 2017.

Marjorie Welch, OBA #11007
Interim General Counsel
Mary Ann Roberts, OBA #17405
Assistant General Counsel
OKLAHOMA TAX COMMISSION
100 North Broadway, Suite 1500
Oklahoma City, OK 73102
Telephone: (405)522-9460
Facsimile:  (405)601-7144
maryann.roberts@tax.ok.gov
jwelch@tax.ok.gov

s/ Leah M. Roper